BEAM, Circuit Judge,
dissenting.
I believe this court has no jurisdiction to decide the issues considered in this matter. The applicants have failed to make the substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2). Thus, the certificates of ap-pealability issued by the district court were improvidently granted. As noted in footnote 2 of its opinion, supra at 1070-71, the court simply rewrites section 2253(c)(2), contending that Congress could not have “intended to” say what it very clearly says and had full authority to say. With this approach, I disagree.
*1078 If I were to reach the merits, I would affirm. In this case, we deal with facts, rules and policies far different than those considered by the Supreme Court in Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). Accordingly, I would affirm this case upon the well-reasoned opinion of the district court.